UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x

LENDINGTREE, LLC,

               Plaintiff,

    v.

CYBER FINANCIAL NETWORK, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF DISMISSAL**

No. 07 Civ. 03641 (SJF)(WDW)

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties hereto, that the parties dismiss the claims and counterclaims herein in their entirety with prejudice, pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs, and that the assigned United States District Judge shall retain jurisdiction over enforcement of the settlement agreement entered into by and between the parties.

**IT IS SO STIPULATED:**

Dated: February _6_, 2008

MICHAEL A. CHEAH

Counsel for Plaintiff

By: _____

Michael A. Cheah (MC 0318)
555 West 18th Street
New York, New York 10011
Phone: (212) 314-7457
Fax:    (212) 632-9547

JASPAN SCHLESINGER
HOFFMAN LLP

Counsel for Defendant

By: _____

Scott B. Fisher (SF 3696)
300 Garden City Plaza
Garden City, New York 11530
Phone: (516) 746-8000
Fax:    (516) 393-8282

SO ORDERED:

_____
U.S.D.J.                    2/6/08